# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Case No. 16-16033-mdc |
| ) | |
| RICHARD FLEMING and ) | |
| MIA FLEMING, ) | |
| ) | |
| ) | Chapter 13 |
| Debtor(s). ) | Hon. Magdeline D. Coleman |

## CERTIFICATE OF SERVICE

I Patricia Nixon, the undersigned, hereby certify that a true and correct copy of the foregoing objection to plan confirmation was served on the parties listed below, via electronic service, if available, or First Class United States Mail, post prepaid, on November 21, 2016. I understand that false statements herein are made subject to 18 Pa C.S. Sect. 4904, the penalties relating to unsworn falsification made to authorities.

**Attorney for Debtor:**
Georgette Miller, Esq.
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

**Trustee:**
William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

By: /s/ Patricia Nixon
Counsel for Sterling Jewelers, Inc.