IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :       In Chapter 13
             Richard Fleming                    :
             Mia Fleming                        :
                                                :       No. 16-16033-MDC
                        Debtors.                :
-------------------------------------------------------x
```

## **PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 22-1 filed by the City of Philadelphia on February 6, 2017 in the amount of 761.12.

                                                       Respectfully submitted,

                                                       THE CITY OF PHILADELPHIA

Dated: March 1, 2017        By: */s/Pamela Elchert Thurmond*
                                               PAMELA ELCHERT THURMOND
                                               Deputy City Solicitor
                                               PA Attorney I.D. 202054
                                               City of Philadelphia Law Department
                                               1401 JFK Boulevard, 5th Floor
                                               Philadelphia, PA 19102
                                               215-686-0508 (phone)
                                               215-686-0588 (facsimile)
                                               Email: Pamela.Thurmond@phila.gov