# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-16033-MDC

RICHARD FLEMING
MIA FLEMING
8500 FORREST AVENUE

PHILADELPHIA, PA 19150

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD FLEMING
MIA FLEMING
8500 FORREST AVENUE

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

/S/ William C. Miller

Date: 3/6/2017

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee