United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-16033-mdc
Richard Fleming                                                 Chapter 13
Mia Fleming
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP             Page 1 of 1             Date Rcvd: Jun 22, 2017
                              Form ID: 155            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db/jdb          +Richard Fleming,    Mia Fleming,    8500 Forrest Avenue,    Philadelphia, PA 19150-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Richard  Fleming info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Joint Debtor Mia  Fleming info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of     CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
               pamela.thurmond@phila.gov,    james.feighan@phila.gov
              PATRICIA A. NIXON    on behalf of Creditor    Sterling Jewelers,Inc.,  d/b/a Kay Jewelers
               patriciaanixon@nb.net
              THOMAS I. PULEO    on behalf of Creditor    Pingora Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard Fleming and Mia Fleming
　　　　　Debtor(s)

Chapter: 13

Bankruptcy No: 16−16033−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

　　　AND NOW, this 22nd day of June 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　　　A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　　　B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　　　C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

29 – 24
Form 155