## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard & Mia Fleming                CHAPTER 13

         DEBTOR(S)                          BANKRUPTCY NO.: 16-16033

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,995.00 in compensation and $655.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $150.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_Magdeline D. Coleman_
Bankruptcy Judge

Dated: October 18, 2017

cc:  William C. Miller
     Chapter 13 Trustee
     1234 Market Street, Suite 1813
     Philadelphia, PA 19107

     US Trustee's Office
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     Richard and Mia Fleming
     8500 Forest Avenue
     Philadelphia, PA 19150

{00290127;v1}