United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard Fleming
Mia Fleming
    Debtors

Case No. 16-16033-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Oct 18, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db/jdb       +Richard Fleming,   Mia Fleming,   8500 Forrest Avenue,   Philadelphia, PA 19150-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
        GEORGETTE MILLER   on behalf of Debtor Richard Fleming info@georgettemillerlaw.com,
         georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
        GEORGETTE MILLER   on behalf of Joint Debtor Mia Fleming info@georgettemillerlaw.com,
         georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pingora Loan Servicing, LLC
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND   on behalf of   CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
         pamela.thurmond@phila.gov,   james.feighan@phila.gov
        PATRICIA A. NIXON   on behalf of Creditor   Sterling Jewelers,Inc., d/b/a Kay Jewelers
         patriciaanixon@nb.net
        THOMAS I. PULEO   on behalf of Creditor   Pingora Loan Servicing, LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                      TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard & Mia Fleming          CHAPTER 13

DEBTOR(S)          BANKRUPTCY NO.: 16-16033

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,995.00 in compensation and $655.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $150.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Bankruptcy Judge

Dated: October 18, 2017

cc: William C. Miller
    Chapter 13 Trustee
    1234 Market Street, Suite 1813
    Philadelphia, PA 19107

    US Trustee's Office
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

    Richard and Mia Fleming
    8500 Forest Avenue
    Philadelphia, PA 19150

{00290127;v1}