Case 16-16033-mdc    Doc 43    Filed 02/13/18    Entered 02/14/18 12:08:28    Desc Main
Document      Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: RICHARD FLEMING ) | |
| MIA FLEMING ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 16-16033 (MDC) |
| NISSAN MOTOR ACCEPTANCE ) | |
| CORPORATION, SERVICER FOR ) | HEARING DATE: **2-13-18 at 10:30 AM** |
| NISSAN-INFINITI LT ) | |
| **Moving Party** ) | |
| ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| RICHARD FLEMING ) | |
| MIA FLEMING ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Nissan Motor Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Nissan Altima** bearing vehicle identification number 1N4AL3AP0GC179437 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 2/13/18

_____
UNITED STATES BANKRUPTCY JUDGE