United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-16033-mdc
Richard Fleming                                                          Chapter 13
Mia Fleming
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP              Page 1 of 1         Date Rcvd: Feb 14, 2018
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.
db/jdb         +Richard Fleming,    Mia Fleming,    8500 Forrest Avenue,    Philadelphia, PA 19150-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Richard  Fleming info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Joint Debtor Mia  Fleming info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of     CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
               pamela.thurmond@phila.gov,   james.feighan@phila.gov
              PATRICIA A. NIXON    on behalf of Creditor    Sterling Jewelers,Inc.,  d/b/a Kay Jewelers
               patriciaanixon@nb.net
              THOMAS I. PULEO    on behalf of Creditor    Pingora Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11

Case 16-16033-mdc    Doc 44    Filed 02/16/18    Entered 02/17/18 00:57:02    Desc Imaged
Certificate of Notice    Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: RICHARD FLEMING ) | |
| MIA FLEMING ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 16-16033 (MDC) |
| NISSAN MOTOR ACCEPTANCE ) | |
| CORPORATION, SERVICER FOR ) | HEARING DATE: **2-13-18 at 10:30 AM** |
| NISSAN-INFINITI LT ) | |
| **Moving Party** ) | |
| ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| RICHARD FLEMING ) | |
| MIA FLEMING ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Nissan Motor Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Nissan Altima** bearing vehicle identification number 1N4AL3AP0GC179437 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 2/13/18

_____
UNITED STATES BANKRUPTCY JUDGE