United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Fleming  
Mia Fleming  
    Debtors

Case No. 16-16033-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 11, 2018  
                     Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.  
13899255     +Cenlar FSB,   425 Phillips BLVD,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:

        GEORGETTE MILLER   on behalf of Debtor Richard Fleming info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com  
        GEORGETTE MILLER   on behalf of Joint Debtor Mia Fleming info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
        PAMELA ELCHERT THURMOND   on behalf of   CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
        PATRICIA A. NIXON   on behalf of Creditor   Sterling Jewelers,Inc., d/b/a Kay Jewelers patriciaanixon@nb.net  
        THOMAS I. PULEO   on behalf of Creditor   Pingora Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                          TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16033-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Richard Fleming<br>8500 Forrest Avenue<br>Philadelphia PA 19150 | Mia Fleming<br>8500 Forrest Avenue<br>Philadelphia PA 19150 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/08/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 23: Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618 | Freedom Mortgage Corporation<br>10500 Kincaid Blvd.<br>Fishers, IN 46037 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/13/18

Tim McGrath
**CLERK OF THE COURT**