# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **RICHARD FLEMING** | : | BK. No. 16-16033 MDC |
| **MIA FLEMING** | : | |
| Debtors | : | Chapter No. 13 |

**FREEDOM MORTGAGE CORPORATION**
        **Movant**

v.

**RICHARD FLEMING**                                      **11 U.S.C. §362**
**MIA FLEMING**
        **Respondents**

## NOTICE OF FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes **FREEDOM MORTGAGE CORPORATION** ("Creditor"), by and through undersigned counsel, and hereby submits Notice of Forbearance to the Court based on the Debtors' request for mortgage payment forbearance due to hardship caused by the COVID-19 pandemic.

The Debtor contacted Creditor requesting a forbearance period of 4 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through July 31, 2020. Creditor has granted the Debtors' forbearance request. To the extent the forbearance period is not extended for an additional period of time as provided under the CARES Act, Debtor will resume mortgage payments beginning August 1, 2020. Near the end of the forbearance period, debtor, through counsel, will need to engage with creditor on a solution for payments suspended during the forbearance.

Creditor does not waive any rights to collect the payments that come due during the forbearance period. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

Creditor does not waive its rights to seek relief from the automatic stay for other reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

May 1, 2020

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**RICHARD FLEMING**                                             BK. No. 16-16033 MDC
**MIA FLEMING**

        **Debtors**                                             Chapter No. 13

**FREEDOM MORTGAGE CORPORATION**
        **Movant**
        **v.**
**RICHARD FLEMING**                                             11 U.S.C. §362
**MIA FLEMING**
        **Respondents**

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Forbearance by electronic means on May 1, 2020.

| | |
|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>P.O. BOX 1229<br>PHILADELPHIA, PA 19105 | MIA FLEMING<br>8500 FORREST AVENUE<br>PHILADELPHIA, PA 19150-2304 |
| GEORGETTE MILLER, ESQUIRE<br>100 CENTURY PARKWAY, SUITE 200<br>MOUNT LAUREL, NJ 08054 | RICHARD FLEMING<br>8500 FORREST AVENUE<br>PHILADELPHIA, PA 19150-2304 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>200 CHESTNUT STREET<br>SUITE 502<br>PHILADELPHIA, PA 19106 | |

        /s/ Thomas Song, Esquire
        Thomas Song, Esq., Id. No.89834
        Phelan Hallinan Diamond & Jones, LLP
        1617 JFK Boulevard, Suite 1400
        One Penn Center Plaza
        Philadelphia, PA 19103
        Phone Number: 215-563-7000 Ext 31387
        Fax Number: 215-568-7616
May 4, 2020        Email: Thomas.Song@phelanhallinan.com