Certificate Number: 15317-PAE-DE-035778833

Bankruptcy Case Number: 16-16033



15317-PAE-DE-035778833

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 22, 2021</u>, at <u>1:44</u> o'clock <u>PM PDT</u>, <u>Richard V Fleming</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 22, 2021</u>           By:  <u>/s/Ralph Hongria</u>

Name:  <u>Ralph Hongria</u>

Title:  <u>Credit Counselor</u>