United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-16033-mdc |
|---|---|
| Richard Fleming | Chapter 13 |
| Mia Fleming | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 138OBJ | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Fleming, 8500 Forrest Avenue, Philadelphia, PA 19150-2304 |
| jdb | + | Mia Fleming, 8500 Forrest Avenue, Philadelphia, PA 19150-2304 |
| 13782477 | + | Albert Einstein Med Cntr., PO BOX 8500 - 7135, Philadelphia, PA 19178-8500 |
| 13782478 | + | AmeriFinancial Solutions. Llc, Po Box 65018, Baltimore, MD 21264-5018 |
| 13782479 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13782480 | | Apex Asset Management, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 13835694 | + | Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 13782481 | | Arcadia Recovery Bureau, LLC., PO BOX 70256, Philadelphia, PA 19176-0256 |
| 13782483 | + | Belden Jewelers/Sterling Jewelers, Inc, Sterling Jewelers, Inc/Attn: Bankruptcy, Po Boc 1799, Akron, OH 44309-1799 |
| 13821306 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13899255 | + | Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 13782487 | | Chestnut Hill Hospital, PO BOX 1022, Wixom, MI 48393-1022 |
| 13782488 | + | Chestnut Hill Hospital, PO Box 504148, Saint Louis, MO 63150-4148 |
| 13782491 | + | FCC Investments, po box 650317, Dallas, TX 75265-0317 |
| 14120338 | + | Freedom Mortgage Corporation, 10500 Kincaid Blvd., Fishers, IN 46037-9764 |
| 14296694 | + | Freedom Mortgage Corporation, c/o Maria Tsagaris, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 13782492 | + | Jeanes Hospital, Attn: Cashier, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 13785465 | | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 13782494 | + | Nissan Motor Acceptance Corp/Infinity Lt, Nmac/Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 13782498 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 13782496 | | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13782497 | + | Philadelphia Fire Department, 1105 Schrock Road, Suite 610, Columbus, OH 43229-1158 |
| 13804474 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13782499 | + | Premiervision Laser Center, 608 Easton Rd, P.O. Box 539, Willow Grove, PA 19090-0539 |
| 13782501 | + | Raymour Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 13782507 | | Temple University Physicians, PO BOX 827783, Philadelphia, PA 19182-7783 |
| 13782508 | | Tri-County Hospitalists, LLC, PO BOX 347431, Pittsburgh, PA 15251-4431 |
| 13782510 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13839149 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 08 2021 03:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 03:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 16-16033-mdc    Doc 56    Filed 09/09/21    Entered 09/10/21 00:35:47    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 138OBJ | Total Noticed: 59 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 08 2021 03:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13862569 | + | Email/Text: megan.harper@phila.gov | Sep 08 2021 03:01:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13782484 | + | Email/Text: clientrep@capitalcollects.com | Sep 08 2021 03:01:00 | Capital Collections Service, PO BOX 150, West Berlin, NJ 08091-0150 |
| 13782485 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 03:11:16 | Capital One Na, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 13789451 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 03:11:21 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13818237 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2021 10:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13782486 | + | Email/Text: clientservices@credit-control.com | Sep 08 2021 03:01:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13802835 | + | Email/Text: pasi_bankruptcy@chs.net | Sep 08 2021 03:01:00 | Chestnut Hill Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 13782489 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 03:11:29 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13782490 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 03:01:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13837162 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 03:01:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13810756 | + | Email/Text: csr@fccfinance.com | Sep 08 2021 03:01:00 | FCC Finance, LLC as servicer for, First Financial Services Group I, LLC, P.O. Box 795489, Dallas, TX 75379-5489 |
| 13782493 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2021 03:01:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13822924 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 03:01:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13830497 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2021 03:01:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND,OH 44101-0570 |
| 13843017 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 03:11:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13782500 | | Email/Text: pasi_bankruptcy@chs.net | Sep 08 2021 03:01:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024 |
| 13782495 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 03:11:21 | PayPal Credit, P. O. Box 105658, Atlanta, GA 30348-5658 |
| 13786403 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 03:01:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 13814895 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 03:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13787016 | | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2021 03:11:21 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13782502 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Sep 08 2021 03:11:21 | Sprint, PO BOX 4191, Carol Stream, IL 60197-4191 |

Case 16-16033-mdc    Doc 56    Filed 09/09/21    Entered 09/10/21 00:35:47    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 138OBJ | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13809576 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Sep 08 2021 03:11:16 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 13782503 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 03:11:16 | Syncb/HH Gregg, Po Box 103104, Roswell, GA 30076-9104 |
| 13782504 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 03:11:26 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 13782505 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 03:11:26 | Synchrony Bank/Climate Select, Po Box 965064, Orlando, FL 32896-5064 |
| 13782506 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 03:11:21 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 13782509 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 03:11:25 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13830629 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., PO BOX 94982, CLEVELAND,OH 44101-0570 |
| 13782482 | ##+ | Barden, Thorwarth, Daughtridge, PO BOX 11028, Lancaster, PA 17605-1028 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Richard Fleming Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Mia Fleming Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Pingora Loan Servicing LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT pamela.thurmond@phila.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 07, 2021 | Form ID: 138OBJ | Total Noticed: 59 |

    karena.blaylock@phila.gov

PATRICIA A. NIXON
    on behalf of Creditor Sterling Jewelers Inc., d/b/a Kay Jewelers patriciaanixon@nb.net

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

THOMAS I. PULEO
    on behalf of Creditor Pingora Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Nissan Motor Acceptance Corporation  Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Richard Fleming and Mia Fleming
      Debtor(s)

Case No: 16−16033−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/7/21

55 − 54
Form 138OBJ